**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    _11_

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                                    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | *Creative Pyrotechnics, LLC* |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *65-1274393* |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *9050 16th Place*<br>*Vero Beach, FL 32966*<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Indian River*<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Creative Pyrotechnics, LLC**                                              Case number (*if known*) _____
          Name

**7.**  **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor   **Creative Pyrotechnics, LLC**                                  Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█  Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | *Creative Pyrotechnics, LLC* | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __*February 21, 2019*__
                 MM / DD / YYYY

**X** */s/ Elwood J. Weppel*                *Elwood J. Weppel*
     Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X** */s/ Dana Kaplan*           Date __*February 21, 2019*__
     Signature of attorney for debtor                MM / DD / YYYY

*Dana Kaplan 44315*
Printed name

*Kelley & Fulton, PL*
Firm name

*1665 Palm Beach Lakes Blvd*
*The Forum - Suite 1000*
*West Palm Beach, FL 33401*
Number, Street, City, State & ZIP Code

Contact phone    *561-491-1200*      Email address    *dana@kelleylawoffice.com*

*44315 FL*
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name    *Creative Pyrotechnics, LLC*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *February 21, 2019*      X */s/ Elwood J. Weppel*
                                        Signature of individual signing on behalf of debtor

                                           *Elwood J. Weppel*
                                           Printed name

                                           *President*
                                           Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | *Creative Pyrotechnics, LLC* |
| United States Bankruptcy Court for the: | *SOUTHERN DISTRICT OF FLORIDA* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim amount. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Britton-Gallagher & Associates One Cleveland Center 1375 East 9th Street, 30th Floor Cleveland, OH 44114* | | *Final Judgment* | | | | *$44,385.31* |
| *Centerstate Bank of Florida P.O. Box 9602 Winter Haven, FL 33883* | | *All assets including accounts, receivables, inventory and equipment.* | | *$104,957.51* | *$0.00* | *$104,957.51* |
| *Chase Bank P.O. Box 15123 Wilmington, DE 19850* | | *Credit Card* | | | | *$19,474.37* |
| *City of Apopka 120 E Main St Apopka, FL 32703* | | *Amounts due under contract* | | | | *$24,500.00* |
| *City of Debary 16 Colomba Rd Debary, FL 32713* | | *Amount due under contract* | | | | *$10,000.00* |
| *Everest Business Funding LLC 8200 NW 52nd Terrace, Second Floor Miami, FL 33166* | | *Debtor's accounts receivable. Debtor disputes the validity of a lien.* | *Unliquidated Disputed* | *$30,000.00* | *$0.00* | *$30,000.00* |
| *Everest Indemnity Insurance Co. P.O. Box 830 Liberty Corner, NJ 07938-0830* | | *Additional Insurance Premium Audit* | | | | *$104,957.51* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

Debtor   **Creative Pyrotechnics, LLC**                                    Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Federal Trade Commission* *600 Pennsylvania Avenue, NW* *Washington, DC 20580* | | | | | | *$0.00* |
| *Firepower Displays* *14240 SW 256 ST* *Homestead, FL 33032* | | *Trade vendor* | | | | *$17,548.08* |
| *Florida Department of Revenue* *5050 West Tennessee Street* *Tallahassee, FL 32399-0140* | | *Reemployment Tax* | | | | *$250.42* |
| *Ford Motor Credit* *P. O. Box 31111* *Tampa, FL 33631-3111* | | *Deficiency for surrendered Ford F350  Pick Up Truck* | | | | *$0.00* |
| *Four Seasons Display. Inc.* *5500 New Jersey Avenue* *De Leon Springs, FL 32130* | | *Trade vendor* | | | | *$14,348.28* |
| *Green Capital Funding, LLC* *30 Broad Street, 14th Floor* *Suite 14108* *New York, NY 10004* | | *All assets including accounts, receivables, inventory and equipment.* | | *$33,557.00* | *$0.00* | *$33,557.00* |
| *MCA Fixed Payment d/b/a Reliant Funding* *525 Broadhollow Road* *Suite 200* *Melville, NY 11747* | | *The Debtor's accounts receivable.  The Debtor disputes the validity of the lien.* | *Unliquidated Disputed* | *$58,362.90* | *$0.00* | *$58,362.90* |
| *MJG Technologies* *POB 314* *Pitman, NJ 08071* | | *Trade Vendor* | | | | *$9,183.58* |
| *Pyromate, Inc.* *270 Old Dublin Rd* *Peterborough, NH 03458* | | *Trade vendor* | | | | *$27,582.90* |
| *The Oasis Club LEN-CG South, LLC* *700 NW 107th Avenue* *Suite 400* *Miami, FL 33172* | | *Refund due to client* | | | | *$15,000.00* |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor  **Creative Pyrotechnics, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Capital 40 Wall Street New York, NY 10005** | | **The Debtor's accounts receivable.  The Debtor disputes the validity of the lien.** | **Unliquidated Disputed** | **$30,000.00** | **$0.00** | **$30,000.00** |
| **US Merchant Capital, LLC 1200 N Federal Highway Boca Raton, FL 33432** | | **The Debtor's accounts receivable.  The Debtor disputes the validity of the lien.** | **Unliquidated Disputed** | **$30,000.00** | **$0.00** | **$30,000.00** |
| **Westfield Bank, FSB Two Park Circle Westfield Center, OH 44251** | | **Insurance Premium Balance** | | | | **$25,447.44** |

**Fill in this information to identify the case:**

Debtor name   *Creative Pyrotechnics, LLC*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................   $ _____ 265,740.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $ _____ 265,740.00

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $ _____ 320,245.71

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................   $ _____ 250.42

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.........................   +$ _____ 312,427.47

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b                                                                          $ _____ 632,923.60

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _**Creative Pyrotechnics, LLC**_

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | _**Branch Banking & Trust Company**_ | _**Checking**_ | _**4486**_ | _**$50.00**_ |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                           **$50.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit
   
   7.1. _**Security Deposit for Warehouse Lease located at 9050 16th Place Bay 2-3, Vero Beach, FL 32967**_                                         _**$2,000.00**_

   7.2. _**Security Deposit for Florida Power & Light for 9050 16th Place Bay 2-3, Vero Beach, FL 32967**_                                         _**$500.00**_

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor    **Creative Pyrotechnics, LLC**                                      Case number *(If known)* _____
_____
Name

9.    **Total of Part 2.**                                                      | $2,500.00 |

Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** | | | | |
| 22.    **Other inventory or supplies** *1.3G Professional Display Fireworks - stored at 43311 Buck Run Road Paisley, FL 32967* | | *$0.00* | *Liquidation* | *$10,000.00* |
| *1.3G Professional Display Fireworks - stored at 17698 Beeline Highway Jupiter, FL 33478* | | *$0.00* | *Liquidation* | *$10,000.00* |

23.    **Total of Part 5.**                                                     | $20,000.00 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

Debtor  **_Creative Pyrotechnics, LLC_**                    Case number *(If known)* _____
         Name

■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** _Fireworks Racks_ | $0.00 | | $20,000.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** _Refrigerator_ | $0.00 | | $300.00 |
| | _Microwave Oven_ | $0.00 | | $15.00 |
| | _Freezer_ | $0.00 | | $175.00 |
| | _Various saws, drills and miscellaneous hand tools_ | $0.00 | | $400.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $20,890.00 |
|---|---|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Creative Pyrotechnics, LLC**                          Case number *(If known)* _____
          Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1. **2015 Isuzu NPR-HD**<br>**VIN JALC4W164F700051** | $0.00 | *Liquidation* | $23,000.00 |
| 47.2. **2016 Isuzu NPR-HD**<br>**VIN JALC4W16XG70001597** | $0.00 | *Liquidation* | $28,000.00 |
| 47.3. **2016 Isuzu NPR-HD**<br>**VIN JALC4W167G7002447** | $0.00 | *Liquidation* | $28,000.00 |
| 47.4. **2015 Isuzu NPR-HD**<br>**VIN JALC4W16XH7001195** | $0.00 | *Liquidation* | $32,000.00 |
| 47.5. **Toyota Forklift 8FGCU25-76545**<br>**This equipment is leased.** | $0.00 | *Liquidation* | $13,000.00 |
| 47.6. **Toyota Forklift 8FGCU25-84316**<br>**This equipment is leased.** | $0.00 | *Liquidation* | $13,000.00 |
| 47.7. **2015 Supreme 16' Van Body F0302469** | $0.00 | *Liquidation* | $8,000.00 |
| 47.8. **2015 Maxon TE20 Lift Gate** | $0.00 | *Liquidation* | $3,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

| | | | |
|---|---|---|---|
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Pyromate P-45 Firing Systems (12)** | $0.00 | *Liquidation* | $28,000.00 |
| **Pyromate Modules for Firing Systems (65)** | $0.00 | *Liquidation* | $16,000.00 |
| **Cobra 18R2 Controllers and 24 18M Modeules** | $0.00 | *Liquidation* | $30,000.00 |
| **Apple MacBook Pro (2013)** | $0.00 | *Liquidation* | $300.00 |

**51.** **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $222,300.00 |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **_Creative Pyrotechnics, LLC_**                          Case number *(if known)* _____
_____
          Name

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 9:     Real property**

**54. Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

       ☐ No.  Go to Part 11.
       ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** **_License with Bureau of Alcohol, Tobacco, Firearms and Explosives_** **_54-User Explosives_** **_#00748_** | *$0.00* | | *$0.00* |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**                                                        | *$0.00* |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
       Include all interests in executory contracts and unexpired leases not previously reported on this form.

       ☐ No.  Go to Part 12.
       ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | *Creative Pyrotechnics, LLC* | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

*Company Logo Wearing Apparel - no value to another*                     *$0.00*

---

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                      *$0.00*

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **_Creative Pyrotechnics, LLC_**                                                 Case number *(If known)* _____
              Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | *$50.00* | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | *$2,500.00* | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | *$0.00* | |
| 83. **Investments.** *Copy line 17, Part 4.* | *$0.00* | |
| 84. **Inventory.** *Copy line 23, Part 5.* | *$20,000.00* | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | *$0.00* | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | *$20,890.00* | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | *$222,300.00* | |
| 88. **Real property.** *Copy line 56, Part 9.*....................................................................> | | *$0.00* |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | *$0.00* | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + *$0.00* | |
| 91. **Total.** Add lines 80 through 90 for each column | *$265,740.00* | + 91b. *$0.00* |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | *$265,740.00* |

**Fill in this information to identify the case:**

Debtor name __*Creative Pyrotechnics, LLC*__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** __*Centerstate Bank of Florida*__ Creditor's Name __*P.O. Box 9602 Winter Haven, FL 33883*__ Creditor's mailing address _____ Creditor's email address, if known **Date debt was incurred** **Last 4 digits of account number** **Do multiple creditors have an interest in the same property?** ■ No ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien __*All assets including accounts, receivables, inventory and equipment.*__ **Describe the lien** _____ **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply ☐ Contingent ☐ Unliquidated ☐ Disputed | $104,957.51 | $0.00 |
| **2.2** __*Everest Business Funding LLC*__ Creditor's Name __*8200 NW 52nd Terrace, Second Floor Miami, FL 33166*__ Creditor's mailing address _____ Creditor's email address, if known **Date debt was incurred** **Last 4 digits of account number** **Do multiple creditors have an interest in the same property?** | Describe debtor's property that is subject to a lien __*Debtor's accounts receivable. Debtor disputes the validity of a lien.*__ **Describe the lien** _____ **Is the creditor an insider or related party?** ■ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) **As of the petition filing date, the claim is:** Check all that apply | $30,000.00 | $0.00 |

Debtor    **Creative Pyrotechnics, LLC**                                          Case number (if know) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Green Capital Funding, LLC** | | **$33,557.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**30 Broad Street, 14th Floor
Suite 14108
New York, NY 10004**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**Describe debtor's property that is subject to a lien**
**All assets including accounts, receivables,
inventory and equipment.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Hitachi Capital America Corp** | | **$33,368.30** | **$28,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Credit Clearing House, Inc
925 Westchester Avenue
Suite 101
West Harrison, NY 10604**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1001**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**Describe debtor's property that is subject to a lien**
**2016 Isuzu NPR-HD VIN
JALC4W16XG70001597
2015 Supreme 16' Van Body F0302469
2015 Maxon TE20 Lift Gate**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Isuzu Finance of America, Inc.** | | **Unknown** | **$32,000.00** |
|---|---|---|---|---|

Creditor's Name

**2500 Westchester Avenue
Suite 312
Purchase, NY 10577**

**Describe debtor's property that is subject to a lien**
**2015 Isuzu NPR-HD
VIN JALC4W16XH7001195**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor    **Creative Pyrotechnics, LLC**                                      Case number (if know) _____
_____
Name

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*0099*

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.6 | **Isuzu Finance of America, Inc.** | | Unknown | $40,000.00 |

Creditor's Name
**2500 Westchester Avenue**
**Suite 312**
**Purchase, NY 10577**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
*2017 Isuzu NPR-HD*
*VIN JALC4W165h7000357*

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*8032*

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.7 | **Isuzu Finance of America, Inc.** | | Unknown | $28,000.00 |

Creditor's Name
**2500 Westchester Avenue**
**Suite 312**
**Purchase, NY 10577**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
*2016 Isuzu NPR-HD*
*VIN JALC4W167G7002447*

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
*6453*

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    **Creative Pyrotechnics, LLC**                                    Case number (if know) _____
_____
Name

☑ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.

---

| 2.8 | **Isuzu Finance of America, Inc.** | | | **Unknown** | **$23,000.00** |

Creditor's Name

**2500 Westchester Avenue**
**Suite 312**
**Purchase, NY 10577**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2015 Isuzu NPR-HD**
**VIN JALC4W164F700051**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4227**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **MCA Fixed Payment d/b/a Reliant Funding** | | | **$58,362.90** | **$0.00** |

Creditor's Name

**525 Broadhollow Road**
**Suite 200**
**Melville, NY 11747**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**The Debtor's accounts receivable.  The Debtor disputes the validity of the lien.**

**Describe the lien**

_____
Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.10 | **Toyota Industries Commercial Finance** | | | **Unknown** | **$13,000.00** |

Creditor's Name

**1501 North Plano Road**
**Suite 100**
**Richardson, TX 75081**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Toyota Forklift 8FGCU25-76545**
**This equipment is leased.**

**Describe the lien**

---

Debtor    **Creative Pyrotechnics, LLC**
Name

Case number (if know)

---

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
*6023*

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 1 | **Toyota Industries Commercial Finance** | **Describe debtor's property that is subject to a lien** | **Unknown** | **$13,000.00** |
|---|---|---|---|---|

Creditor's Name

**Toyota Forklift 8FGCU25-84316**
**This equipment is leased.**

**1501 North Plano Road**
**Suite 100**
**Richardson, TX 75081**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
*8425*

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.1 2 | **US Capital** | **Describe debtor's property that is subject to a lien** | **$30,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**The Debtor's accounts receivable. The Debtor disputes the validity of the lien.**

**40 Wall Street**
**New York, NY 10005**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Disputed

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 5 of 6

Debtor    **Creative Pyrotechnics, LLC**                                    Case number (if know)
Name

| 2.1 3 | **US Merchant Capital, LLC** | Describe debtor's property that is subject to a lien | $30,000.00 | $0.00 |
|---|---|---|---|---|

**US Merchant Capital, LLC**
Creditor's Name

Describe debtor's property that is subject to a lien
**The Debtor's accounts receivable.  The Debtor disputes the validity of the lien.**

**1200 N Federal Highway
Boca Raton, FL 33432**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
■ Unliquidated
■ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $320,245.71

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **Creative Pyrotechnics, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | *$250.42* | *$0.00* |

**Florida Department of Revenue**
**5050 West Tennessee Street**
**Tallahassee, FL 32399-0140**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Reemployment Tax**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address | *Unknown* | *$0.00* |

**Internal Revenue Service**
**Central Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2016**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

Debtor **Creative Pyrotechnics, LLC**                      Case number *(if known)* _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |

**Internal Revenue Service**
**Central Insolvency Operation**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2017**

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$44,385.31** |

**Britton-Gallagher & Associates**
**One Cleveland Center**
**1375 East 9th Street, 30th Floor**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Final Judgment**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,474.37** |

**Chase Bank**
**P.O. Box 15123**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Credit Card**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,500.00** |

**City of Apopka**
**120 E Main St**
**Apopka, FL 32703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Amounts due under contract**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

**City of Debary**
**16 Colomba Rd**
**Debary, FL 32713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Amount due under contract**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$104,957.51** |

**Everest Indemnity Insurance Co.**
**P.O. Box 830**
**Liberty Corner, NJ 07938-0830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Additional Insurance Premium Audit**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Creative Pyrotechnics, LLC**
Name

Case number (if known) _____

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Federal Trade Commission**
**600 Pennsylvania Avenue, NW**
**Washington, DC 20580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,548.08** |

**Firepower Displays**
**14240 SW 256 ST**
**Homestead, FL 33032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Ford Motor Credit**
**P. O. Box 31111**
**Tampa, FL 33631-3111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Deficiency for surrendered Ford F350  Pick Up Truck**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,348.28** |

**Four Seasons Display. Inc.**
**5500 New Jersey Avenue**
**De Leon Springs, FL 32130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Isuzu Finance of America, Inc.**
**2500 Westchester Avenue**
**Suite 312**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Deficiency for vehicle retained by Florida Towing 596 Dixie Highway, Vero Beach, FL described as 2017 Isuzu NPR-HD VIN JALC4W165H7000357**

Last 4 digits of account number  **0099**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,183.58** |

**MJG Technologies**
**POB 314**
**Pitman, NJ 08071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,582.90** |

**Pyromate, Inc.**
**270 Old Dublin Rd**
**Peterborough, NH 03458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Creative Pyrotechnics, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**The Oasis Club LEN-CG South, LLC**
**700 NW 107th Avenue**
**Suite 400**
**Miami, FL 33172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Refund due to client**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,447.44 |
|---|---|---|---|

**Westfield Bank, FSB**
**Two Park Circle**
**Westfield Center, OH 44251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Insurance Premium Balance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Internal Revenue Service**<br>**Atty General United States Dept Justice**<br>**Tenth & Constitution**<br>**Washington, DC 20530** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Internal Revenue Service**<br>**US Attorney**<br>**99 NE 4th Street**<br>**Miami, FL 33132** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Internal Revenue Service**<br>**c/o IRS District Counsel**<br>**Claude Pepper Federal Bldg**<br>**51 S.W. 1st Ave., 11th Floor**<br>**Miami, FL 33130** | Line **2.2**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Internal Revenue Service**<br>**Atty General United States Dept Justice**<br>**Tenth & Constitution**<br>**Washington, DC 20530** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Internal Revenue Service**<br>**US Attorney**<br>**99 NE 4th Street**<br>**Miami, FL 33132** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Internal Revenue Service**<br>**c/o IRS District Counsel**<br>**Claude Pepper Federal Bldg**<br>**51 S.W. 1st Ave., 11th Floor**<br>**Miami, FL 33130** | Line **2.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Michael A. France**<br>**1515 Ringling Blvd Ste 800**<br>**Sarasota, FL 34236** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor    **_Creative Pyrotechnics, LLC_**                              Case number (if known) _____
            Name

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _250.42_ |
| **5b. Total claims from Part 2** | 5b. + | $ _312,427.47_ |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _312,677.89_ |

**Fill in this information to identify the case:**

Debtor name    *Creative Pyrotechnics, LLC*

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — *Contract for fireworks displace services* <br><br> State the term remaining <br><br> List the contract number of any government contract | *City of Lake Worth* <br> *7 N Dixie Hwy* <br> *Lake Worth, FL 33460* |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — *Contract for fireworks display services* <br><br> State the term remaining <br><br> List the contract number of any government contract | *City of Oakland Park* <br> *3650 NE 12th Avenue* <br> *Fort Lauderdale, FL 33334* |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — *Contract for fireworks display services* <br><br> State the term remaining <br><br> List the contract number of any government contract | *City of Sebastian* <br> *101 Airport Dr E* <br> *Sebastian, FL 32958* |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — *Month to month lease for warhouse space located at 9050 16th Place Bay 2-3 Vero Beach, FL 32967.* <br> *Month to Month* <br><br> State the term remaining <br><br> List the contract number of any government contract | *L Parks Inc.* <br> *1622 91st Court* <br> *Vero Beach, FL 32966* |

Debtor 1   *Creative Pyrotechnics, LLC*                                    Case number *(if known)* _____
            First Name      Middle Name      Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | *Lease for Toyota Forklift 8FGCU25-76545* | |
|---|---|---|---|
| | State the term remaining | | *Toyota Industries Commercial Finance* |
| | List the contract number of any government contract | | *1501 North Plano Road* *Suite 100* *Richardson, TX 75081* |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | *Lease for Toyota Forklift 8FGCU25-84316* | |
|---|---|---|---|
| | State the term remaining | | *Toyota Industries Commercial Finance* |
| | List the contract number of any government contract | | *1501 North Plano Road* *Suite 100* *Richardson, TX 75081* |

**Fill in this information to identify the case:**

Debtor name   *Creative Pyrotechnics, LLC*

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | *Annette Weppel* | *14747 Baltusrol Drive* *Orlando, FL 32808* | *Chase Bank* | ☐ D _____ ■ E/F _3.2_ ☐ G _____ |
| 2.2 | *Elwood J. Weppel* | *4260 Amelia Plantation Court* *Vero Beach, FL 32967* | *Britton-Gallagher & Associates* | ☐ D _____ ■ E/F _3.1_ ☐ G _____ |
| 2.3 | *Elwood J. Weppel* | *4260 Amelia Plantation Court* *Vero Beach, FL 32967* | *Centerstate Bank of Florida* | ■ D _2.1_ ☐ E/F _____ ☐ G _____ |
| 2.4 | *Elwood J. Weppel* | *4260 Amelia Plantation Court* *Vero Beach, FL 32967* | *Everest Business Funding LLC* | ■ D _2.2_ ☐ E/F _____ ☐ G _____ |
| 2.5 | *Elwood J. Weppel* | *4260 Amelia Plantation Court* *Vero Beach, FL 32967* | *Green Capital Funding, LLC* | ■ D _2.3_ ☐ E/F _____ ☐ G _____ |

Debtor   *Creative Pyrotechnics, LLC*                          Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                             *Column 2:* **Creditor**

| 2.6 | **Elwood J. Weppel** | **4260 Amelia Plantation Court Vero Beach, FL 32967** | **MCA Fixed Payment d/b/a Reliant Funding** | ■ D  __2.9__ □ E/F ____ □ G ____ |
|---|---|---|---|---|
| 2.7 | **Elwood J. Weppel** | **4260 Amelia Plantation Court Vero Beach, FL 32967** | **US Capital** | ■ D  __2.12__ □ E/F ____ □ G ____ |
| 2.8 | **Elwood J. Weppel** | **4260 Amelia Plantation Court Vero Beach, FL 32967** | **US Merchant Capital, LLC** | ■ D  __2.13__ □ E/F ____ □ G ____ |

**Fill in this information to identify the case:**

Debtor name   ***Creative Pyrotechnics, LLC***

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| ***From the beginning of the fiscal year to filing date:***<br>From  **1/01/2019** to ***Filing Date*** | ■ Operating a business<br>☐ Other  _____ | ***$18,500.00*** |
| ***For prior year:***<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other  _____ | ***$1,039,087.65*** |
| ***For year before that:***<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other  _____ | ***$930,731.92*** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    *Creative Pyrotechnics, LLC*                          Case number *(if known)*

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| *Ford Motor Credit*<br>*P. O. Box 31111*<br>*Tampa, FL 33631-3111* | *Ford F350 Pick Up Truck* | *May 2018* | *Unknown* |
| *Florida Towing*<br>*596 Old Dixie Hwy*<br>*Vero Beach, FL 32962* | *2017 Isuzu NPR-HD VIN*<br>*JALC4W165H7000357* | *October 2018* | *Unknown* |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| *Everest Funding*<br>*c/o PivNik Law Firm*<br>*700 North Kendall Drive*<br>*Suite 703*<br>*Miami, FL 33156* | *Garnishment from Seacoast Bank Account*<br>Last 4 digits of account number: _____ | *November 2019* | *$20,000.00* |

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *MCA FIXED PAYMENT LLC vs. CREATIVE PYROTECHNICS LLCet al.*<br>*2019-CA-001150-O* | *Breach of Contract* | | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | *BRITTON GALLAGHER vs. CREATIVE PYROTECHNICS LLC*<br>*2018-CA-008766-O* | *Domestication of Foreign Judgment* | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    *Creative Pyrotechnics, LLC*                                      Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | *EVEREST INDEMNITY INSURANCE CO vs. CREATIVE PYROTECHNICS LLC*<br>*2018-CA-000534-O* | *Breach of contract* | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | *CenterState Bank, N.A. v. Creative Pyrotechnics, LLC*<br>*2017CA000732* | *Breach of Contract* | *Indian River* | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| *The property lost were racks and modules for firing systems.  The loss occurred at the Titusville Air where a grass fire inadvertently started by a third party damaged equipment belonging to the Debtor.* | *$24,000, which was used to replace the racks and modules.* | *April 2018* | *$24,000.00* |

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    *Creative Pyrotechnics, LLC*                                    Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **KELLEY & FULTON, P.L. 1665 Palm Beach Lakes Boulevard The Forum - Suite 1000 West Palm Beach, FL 33401** | | **February 2019** | **$27,500.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Corporate Debt Advisors 333 South Congress Avenue #303 Delray Beach, FL 33445** | | | **$0.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    *Creative Pyrotechnics, LLC*                              Case number *(if known)*

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | *Seacoast National Bank 815 Colorado Ave Stuart, FL 34994* | XXXX- | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | *October 2018 Funds in the approximate amount of $20,000.00 were garnished and account was closed.* | *$0.00* |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

Debtor   *Creative Pyrotechnics, LLC*                                          Case number *(if known)*

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ■ None

| Name and address | Date of service<br>From-To |
|---|---|

---

Debtor    **Creative Pyrotechnics, LLC**                                Case number *(if known)*

---

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Elwood J. Weppel* | *4260 Amelia Plantation Court Vero Beach, FL 32967* | *President* | *100% Member* |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor     **Creative Pyrotechnics, LLC**                                    Case number *(if known)*

---

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor   **Creative Pyrotechnics, LLC** _____   Case number *(if known)* _____

---

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 21, 2019** _____

**/s/ Elwood J. Weppel** _____          **Elwood J. Weppel** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re    **Creative Pyrotechnics, LLC**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Elwood J. Weppel**<br>**4260 Amelia Plantation Court**<br>**Vero Beach, FL 32967** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **February 21, 2019**

Signature    **/s/ Elwood J. Weppel**

**Elwood J. Weppel**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re  **Creative Pyrotechnics, LLC** _____  Case No. _____
                                        Debtor(s)                Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **February 21, 2019** _____  **/s/ Elwood J. Weppel** _____
                                              **Elwood J. Weppel**/**President**
                                              Signer/Title

Britton-Gallagher & Associates
One Cleveland Center
 1375 East 9th Street, 30th Floor
Cleveland, OH 44114


Centerstate Bank of Florida
P.O. Box 9602
Winter Haven, FL 33883


Chase Bank
P.O. Box 15123
Wilmington, DE 19850


City of Apopka
120 E Main St
Apopka, FL 32703


City of Debary
16 Colomba Rd
Debary, FL 32713


City of Sebastian
101 Airport Dr E
Sebastian, FL 32958


Everest Business Funding LLC
8200 NW 52nd Terrace, Second Floor
Miami, FL 33166


Everest Indemnity Insurance Co.
P.O. Box 830
Liberty Corner, NJ 07938-0830


Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580


Firepower Displays
14240 SW 256 ST
Homestead, FL 33032


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0140

Ford Motor Credit
P. O. Box 31111
Tampa, FL 33631-3111


Four Seasons Display. Inc.
5500 New Jersey Avenue
De Leon Springs, FL 32130


Green Capital Funding, LLC
30 Broad Street, 14th Floor
Suite 14108
New York, NY 10004


Hitachi Capital America Corp
c/o Credit Clearing House, Inc
925 Westchester Avenue
Suite 101
West Harrison, NY 10604


Internal Revenue Service
Central Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Atty General United States Dept Justice
Tenth & Constitution
Washington, DC 20530


Internal Revenue Service
US Attorney
99 NE 4th Street
Miami, FL 33132


Internal Revenue Service
c/o IRS District Counsel
Claude Pepper Federal Bldg
51 S.W. 1st Ave., 11th Floor
Miami, FL 33130


Isuzu Finance of America, Inc.
2500 Westchester Avenue
Suite 312
Purchase, NY 10577

MCA Fixed Payment d/b/a Reliant Funding
525 Broadhollow Road
Suite 200
Melville, NY 11747


Michael A. France
1515 Ringling Blvd Ste 800
Sarasota, FL 34236


MJG Technologies
POB 314
Pitman, NJ 08071


Pyromate, Inc.
270 Old Dublin Rd
Peterborough, NH 03458


The Oasis Club LEN-CG South, LLC
700 NW 107th Avenue
Suite 400
Miami, FL 33172


Toyota Industries Commercial Finance
1501 North Plano Road
Suite 100
Richardson, TX 75081


US Capital
40 Wall Street
New York, NY 10005


US Merchant Capital, LLC
1200 N Federal Highway
Boca Raton, FL 33432


Westfield Bank, FSB
Two Park Circle
Westfield Center, OH 44251