UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                               CASE NO.: 19-12325-EPK
                                                                 CHAPTER 11

CREATIVE PYROTECHNICS, LLC

      Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), the Debtor-in-Possession files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 (filing date of petition if voluntary chapter 11 petition): **February 22, 2019**

2. Names, case numbers and dates of filing of related debtors: **n/a**

3. Description of debtor's business: **The Debtor operates a Fireworks display company.**

4. Locations of debtor's operations and whether the business premises are leased or owned**: 9050 16th Place, Vero Beach, FL 32966**

5. Reasons for filing chapter 11: **The Debtor desires to reorganize its financial affairs to provide orderly repayment to its creditors.**

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing: **Elwood J. Weppel**

7. Debtor's fiscal or calendar year to date gross income and the debtor's gross income for the calendar or fiscal year prior to the filing of this petition: **See Statement of Financial Affairs #4.**

8. Amounts owed to various creditors:

    a. Obligations owed to priority creditors including priority tax obligations: **See Schedule E/F.**

    b. With respect to creditors holding secured claims, the name of and amounts

      owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims: **See Schedule D.**

`

   c.   Amount of unsecured claims: **See Schedule E/F.**

9. General description and approximate value of the debtor's assets: **See Schedule A/B**

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires: **Commercial General Liability CPP010693800 expires 10/9/2019; Automobile Liability CPP010693800 expires 10/9/2019; Excess Liability ELP001292300 expires 10/9/2019 and ELP001292400 expires 10/17/2019; Automobile – Progressive Insurance – Insurance Card to be provided.**

11. Number of employees and amounts of wages owed as of petition date: **0.**

12. Status of debtor's payroll and sales tax obligations, if applicable.  This does not eliminate the obligation of chapter 11 debtors (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A):  **The Debtor does not have any outstanding payroll or sales tax obligations.**

13. Anticipated emergency relief to be requested within 14 days from the petition date: **Motion to Pay Officer Compensation; Application to Employ Kelley & Fulton, P.L.; Application to Employ Accountant; Motion for Authorization to Use Cash Collateral.**

 

/s/ Elwood J. Weppel
Signature

Elwood J. Weppel
(Name of Corporate Officer or Authorized Representative)

/s / Dana Kaplan
Signature

Dana Kaplan
1665 Palm Beach Lakes Blvd
The Forum – Suite 1000
West Palm Beach, FL 33401
Name and Address of Debtor's Attorney

44315
Florida Bar No.

      **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was furnished via U. S. Mail to the parties indicated below on this 22nd day of February 2019.

          KELLEY & FULTON, P.L.
          Attorneys for Debtor in Possession
          1665 Palm Beach Lakes Blvd.
          The Forum - Suite 1000
          West Palm Beach, Florida 33401
          Telephone No. (561) 491-1200
          Facsimile No.  (561) 684-3773

          By:/s/ Dana Kaplan
              Dana Kaplan
              Florida Bar No.: 44315

**Mailing Information for Case 19-12325-EPK**

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Dana L Kaplan    dana@kelleylawoffice.com, tina@kelleylawoffice.com;craig@kelleylawoffice.com;cassandra@kelleylawoffice.com;kaplandr75945@notify.bestcase.com;Debbie@kelleylawoffice.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Creative Pyrotechnics, LLC
9050 16th Place
Vero Beach, FL 32966